Christopher A. Carr (#44444)
   ccarr@afrct.com
Viddell Lee Heard (#175049)
   vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900
Fax: (626) 577-7764

E-FILED 03/08/11
CLOSED CASE

Attorneys for Defendants
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., successor by
merger to WACHOVIA MORTGAGE, FSB
f/k/a WORLD SAVINGS BANK, FSB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL JONES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 10, inclusive,<br><br>                    Defendants | Case No.  CV 10-9426 PSG (JCGx)<br><br>[Assigned to The Honorable Philip S. Gutierrez, Courtroom 880]<br><br>**[PROPOSED]**<br>**JUDGMENT OF DISMISSAL** |

1    On February 8, 2011, this Court entered an Order granting, without leave to

2   amend, the Motion to Dismiss the Complaint filed by Defendants Wachovia

3   Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to Wachovia

4   Mortgage, FSB, formerly known as World Savings Bank, FSB, ("Wachovia"),

5   pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance

6   with that Order:

7       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

8       1.    Wachovia is dismissed from this case, without leave to amend;

9       2.    Plaintiff Hazel Jones shall take nothing from Wachovia in this action;

10      3.    Wachovia shall be entitled to recover its costs of suit, including

11            attorneys' fees, in a sum according to a motion for such fees and costs.

12

13   Dated:  ___03/08_____, 2011        PHILIP S. GUTIERREZ

14                                        _____
                                          The Honorable Philip S. Gutierrez
15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL**

on all interested parties in said case as follows:

**Served Electronically Via Court's CM/ECF System:**

*Attorney for Plaintiff*

Deborah R. Bronner, Esq.
Law Offices of Deborah R. Bronner
11600 Washington Pl., Ste. 116A
Los Angeles, CA 90066
Tel:  310.572.1286
Fax: 310.572.0112
debbronner@aol.com

**Served by *Means Other Than* Court's CM/ECF System:**

*Attorney for Defendant*
*Cal-Western Reconveyance Corporation*

Victoria E. Adams
Cal-Western Reconveyance Corporation
525 East Main Street
El Cajon, CA 92020

☒   **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at

CASE NO. CV 10-9426 PSG (JCGx)
CERTIFICATE OF SERVICE

1
2
whose direction the service was made.  This declaration is executed in
Pasadena, California, on **March 3, 2011.**

3
4
       William R. Slone                              */s/William R. Slone*
      (Type or Print Name)                          (Signature of Declarant)

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28